# United States District Court
# For The Western District of North Carolina
# Statesville Division

PAMELA L. MILLER,

       Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　CASE NO. 5:08CV6

DARLENE JACKSON AND WAL-MART,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 29, 2008, Order.

                                      Signed: July 29, 2008

Frank G. Johns, Clerk
United States District Court